Pamela J. Gelman (SBN: 1056)
pgelman@dt-law.com
DENENBERG TUFFLEY, PLLC
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 356-4683
Facsimile: (310) 772-0631

Todd B. Denenberg (PHV 5/11/12)
tdenenberg@dt-law.com
Alyssa J. Endelman (08/09/12)
aendelman@dt-law.com
Paul A. Casetta (PHV 5/11/12)
pcasetta@dt-law.com
DENENBERG TUFFLEY, PLLC
28411 Northwestern Highway, Suite 600
Southfield, MI 48034
Telephone: (248) 549-3900
Facsimile: (248) 593-5808

Attorneys for Plaintiffs
SMITHFIELD FOODS INC., et. al.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SMITHFIELD FOODS INC., et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:12CV2254 CBM (DTBx)<br>***AMENDED* RULE 26(F) REPORT**<br>Judge: Hon. Consuelo Marshall<br>Action Filed: March 16, 2012 |

The parties/counsel identified below participated in the meeting required by Fed. R. Civ. P. 26(f), on **September 10, 2012,** and prepared the following report.

**The scheduling conference in this matter is scheduled for October 22, 2012 at 10:00 a.m. before the Honorable Consuelo B. Marshall in U.S. District Court/Central District/Western Division, 312 N. Spring Street, Los Angeles, California 90012.**

1. Description of Case

(A) Brief Description of Plaintiff's Claims;

Plaintiffs filed a complaint for negligence based on the Federal Tort Claims Act. Plaintiffs seek to hold Defendant accountable for, among other things, its negligent failure to properly control its munitions, including accounting for unused munitions at the conclusion of a training exercise. Had Defendant properly fulfilled its duty of care, Mr. Popp would not have possessed the flare, and without the flare the fire would not have occurred. Defendant was negligent in failing to follow the mandatory security measures that were already in place, such as carefully checking in all unused munitions and searching all personnel leaving the training area (where munitions were permitted to be used).

(B) Brief Description Defendant's claims/defenses;

The United States is not liable for the actions of Joshua and Kurtis Popp, as neither were employees of the United States when they damaged Plaintiffs' property. The United States met the standard of ordinary care as a private person in conducting the operations of its Marine Corps base in Twentynine Palms, California in 2007 and the United States' conduct did not cause Joshua and Kurtis Popp to damage Plaintiffs' property in Wisconsin in 2009. Plaintiffs' claim of negligent supervision and training is barred by the United States' sovereign immunity under the discretionary function exception to the Federal Tort Claims Act.

(1) Type of Action
Federal Tort Claims Act, 28 U.S.C. §§2671, et seq.

(2) Date Filed in District Court: March 16, 2012

2. Discovery

(A) Discovery to Commence: September 10, 2012

(B) Discovery Concludes: April 15, 2013

(C) Depositions to be Taken by Plaintiff:
20 if causation and damages are stipulated to by Defendant
50 if causation and damages are not stipulated to by Defendant[1]

(D) Depositions to be Taken by Defendant: 10

---

[1] The United States objects to Plaintiffs' request for 20-50 depositions.

(E) Timing:

(1) Deposition of Gunner Carpenter: September 21, 2012

(2) Deposition of Joshua and Kurtis Popp: October 18-19, 2012

(3) Depositions of witnesses at Twentynine Palms: Week of October 22, 2012

(4) Remainder of Depositions: Second week of every month until the conclusion of discovery

3. Written Discovery

(A) The United States believes that the limitations on discovery imposed by the Federal Rules of Civil Procedure are appropriate. Plaintiffs recommend that the Court limit the use and numbers of discovery procedures as follows:

(1) **30** Interrogatories to each party;

(2) **30** Document requests to each party;

(3) **20** Factual depositions per party;

(4) **30** Requests for admissions to each party;

4. Experts

(A) Number of Depositions:

Plaintiffs: 6-10 if above-referenced stipulations not agreed to; 1-3 with stipulations
Defendant: 1-3

(B) Designation of Plaintiffs' Experts: January 14, 2013

Depose Plaintiffs' Experts: February 21, 2013

Designation of Defendant's Experts: February 21, 2013

Depose Defendant's Experts: March 21, 2013

5. Proposed Pre-Trial Conference date: September 12, 2013

6. No Demand for Jury Trial was filed.

7. Prospects of Settlement

Plaintiffs' proposed ADR Procedure No. 3 as prescribed by L.R. 16-15.4.

8. Consent to Magistrate Judge

(A) The parties **have not agreed** to consent to jurisdiction by the Magistrate Judge pursuant to Title 28, United States Code, Section 636(c). (If the parties agree, the consent should be filed with the Rule 26(f) Report.)

9. Contemplated motions, including what type of motion, a tentative hearing date, and whether discovery must be conducted prior to the filing of the motions.

| | |
|---|---|
| Join Parties/Amend Pleadings: | April 15, 2013 |
| Motions for Summary Judgment/[Daubert] Motions: | May 15, 2013 |
| Responses to Motions for Summary Judgment/[Daubert] Motions: | June 14, 2013 |
| Replies to Motions for Summary Judgment/[Daubert] Motions: | June 29, 2013 |
| Motions in Limine: | September 2, 2013 |

10. Proposed Trial Length and Date: 15 days without above-referenced stipulations; 10 days with stipulation. November 1, 2013

Dated: September 25, 2012

Respectfully submitted

**DENENBERG TUFFLEY, PLLC**

Pamela J. Gelman (SBN: 105674)
pgelman@dt-law.com
1999 Ave. of the Stars, Suite 1100
Los Angeles, CA 90067
(310) 356-4683

and

By: /s/ Paul A. Casetta
Todd B. Denenberg (PHV 5/11/12)
tdenenberg@dt-law.com
Alyssa J. Endelman (PHV 8/9/12)
aendelman@dt-law.com
Paul A. Casetta (PHV 5/11/12)
pcasetta@dt-law.com
*Admitted Pro Hac Vice*
28411 Northwestern Highway, Ste. 600
Southfield, MI 48034
(248) 549-3900; (248) 593-5808 (fax)

Attorneys for Plaintiffs

/s/ Zak Toomey
ZAKARY TOOMEY (MO 61618)
U.S. Department of Justice
Civil Division
1331 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 598-2210
Fax: (202) 616-5200
zak.toomey@usdoj.gov

Attorney for Defendant United States

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2012, I electronically filed *Amended* Rule 26(F) Report with the Clerk of the Court using the CM/ECF System which will automatically send e-mail notification of such filing to all counsel of record.

By: /s/ Paul A. Casetta

Paul A. Casetta (PHV 5/11/12)
pcasetta@dt-law.com
*Admitted Pro Hac Vice*
DENENBERG TUFFLEY, PLLC
28411 Northwestern Highway, Ste. 600
Southfield, MI 48034
(248) 549-3900; (248) 593-5808 (fax)
Attorneys for Plaintiffs